

| | | |
|---|---|---|
| ZACHARY W. CARTER<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>LAW DEPARTMENT<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | PERNELL M. TELFORT<br>*Assistant Corporation Counsel*<br>(Tel): (212) 356-3541<br>(Fax): (212) 356-3509<br>ptelfort@law.nyc.gov |

November 2, 2015

**VIA ECF**
Honorable Judge James Orenstein
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: *Carol Bussey, et al. v. City of New York, et al.*, 15 CV 3790 (ARR) (JO)

Your Honor:

I am an Assistant Corporation Counsel in the office of Zachary W. Carter, Corporation Counsel of the City of New York, and the attorney assigned to represent the defendants in the above-referenced matter. Defendants write to seek a three-week adjournment of the settlement conference currently scheduled for November 4, 2015 at 2:00 p.m. Plaintiff consents to this request.

The reason for this request is that defendants need additional time to obtain settlement authority. The parties have had settlement discussions and defendants sought authority based on those discussions. Defendants have not yet received final approval for settlement authority. The parties are hopeful that the matter can be resolved without burdening the Court once final approval is obtained. In the event that the matter is not resolved in the next three weeks, the parties have conferred and are available for a settlement conference during the week of December 30, 2015, or a date convenient to the Court thereafter. Accordingly, defendants respectfully request that the Court adjourn the settlement conference currently scheduled for November 4, 2015.

I thank the Court for its consideration of this request.

Respectfully submitted,

/s/

Pernell M. Telfort

cc: **VIA ECF**
   Robert Marinelli, Esq.