UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- X

CAROL BUSSEY and ANDREANA COBBINS,

           Plaintiffs,

  -against-

THE CITY OF NEW YORK; JOHN DOES 1-10;
P.O. GUSTAVO ROSADO; DET. DEON AYALA;
DET. IVAN RODRIGUEZ; DET. EDWIN BRUNO;
and DET. PEDRO MARCANO;

           Defendants.
-------------------------------------------------------------------- X

15-CV-3790 (ARR) (JO)

NOT FOR ELECTRONIC
OR PRINT PUBLICATION

ORDER

ROSS, United States District Judge:

The court has received the Report and Recommendation on the instant case dated May 23, 2016, from the Honorable James Orenstein, United States Magistrate Judge. No objections have been filed. Accordingly, the court has reviewed the Report and Recommendation for clear error on the face of the record. See Advisory Comm. Notes to Fed. R. Civ. P. 72(b); accord Brissett v. Manhattan & Bronx Surface Transit Operating Auth., No. 09-CV-1930682 (CBA) (LB), 2011 WL 1930682, at *1 (E.D.N.Y. May 19, 2011). Having reviewed the record, I find no clear error. I hereby adopt the Report and Recommendation, in its entirety, as the opinion of the Court pursuant to 28 U.S.C. § 636(b)(1).

Therefore, defendants' motion to dismiss plaintiff Carol Bussey's claims is hereby granted.

SO ORDERED.

/s/(ARR)
_____
Allyne R. Ross
United States District Judge

Dated: June 13, 2016
       Brooklyn, New York